UNITED STATES of America, Plaintiff–Appellee

v.

Robert Marchell LEWIS, Defendant–Appellant.

No. 12–51156
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 17, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Donna F. Coltharp, Assistant Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Robert Marchell Lewis raises an argument that he concedes is foreclosed by *United States v. Whaley,* 577 F.3d 254, 261–62 & n. 2 (5th Cir.2009), which held that proof of knowledge of the registration requirements of the Sex Offender Registration and Notification Act is not required for a conviction under 18 U.S.C. § 2250(a).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*See also United States v. Heth,* 596 F.3d 255, 258–60 & n. 3 (5th Cir.2010). Accordingly, the Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

